# Court of Appeals
# of the State of Georgia

ATLANTA,___March 14, 2014___

*The Court of Appeals hereby passes the following order:*

**A13A1657.  MANOR GOLF DEVELOPMENT, LLC et al. v. NEUSE, INC.**

Appellant Manor Golf Development, LLC has filed a motion to withdraw its appeal.  Said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*_03/14/2014_____
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*